IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TERRIAN TYRONE RICHARDS,   )
                           )
        Petitioner,        )
                           )
v.                         )   CASE NO. CV410-073
                           )
DANNY THOMPSON, Warden     )
                           )
        Respondent.        )
                           )

## O R D E R

Before the Court is the Magistrate Judge's report and recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to United States District Court for the Northern District of Georgia, Rome Division. Upon transfer, the **Clerk of Court** is **DIRECTED** to **close this case**

SO ORDERED this 13th day of July 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA